Submitted June 7—decided June 23, 1976

ISAAC PARHAM *v.* WARDEN, COMMUNITY CORRECTIONAL CENTER, BRIDGEPORT

The plaintiff's motion for permission to file typewritten briefs in the appeal from the Superior Court in Fairfield County is granted to the extent

that permission is given him to file typed copies of his brief and appendix as long as they are clearly legible and he complies with the requirements of §§ 723 and 724 of the Practice Book, as amended.

*Sue L. Wise,* in support of the motion.

Submitted June 8—decided June 23, 1976